## ATTACHMENT B
## AFFIDAVIT OF BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES SPECIAL AGENT COLLEEN PEERY

I, Colleen Peery, being first duly sworn, do hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since March 2015. My duties as an ATF SA include the investigation of a variety of federal offenses, including violations of federal firearms laws and the Controlled Substances Act. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, and I have participated in numerous investigations involving the illegal possession and sale of firearms and narcotics.

2. This affidavit is being made in support of a criminal complaint charging Clearance Pierce CHAPMAN with distribution of any amount of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

3. The statements contained in this affidavit are based on my own investigation, my training and experience, and information I obtained from other law enforcement agents. Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause for this criminal complaint, I have not described all of the relevant facts and circumstances of which I am aware.

### PROBABLE CAUSE

4. On March 24, 2025, an ATF SA, acting in an undercover capacity, (hereinafter "ATF UC"), contacted CHAPMAN via text message to arrange for the purchase of cocaine and a

firearm. That same day, the ATF UC met CHAPMAN at 620 West College Street, Springfield, Missouri. CHAPMAN sold the ATF UC approximately 59.09 grams of cocaine and a firearm, a Raven Arms, model MP25 pistol, bearing serial number 1414502.

5. On April 9, 2025, the ATF UC contacted CHAPMAN via text message to arrange for the purchase of cocaine and a firearm. CHAPMAN instructed the ATF UC to meet him at "1442 e Florida st." The ATF UC met CHAPMAN at 1442 East Florida Street, Springfield, Greene County, Missouri 65803, where CHAPMAN sold the ATF UC approximately 14.6 grams of cocaine and a firearm, a Smith & Wesson, model SD40VE pistol, bearing serial number FXL8298.

6. On May 1, 2025, the ATF UC and a confidential informant ("CI") drove to 1442 East Florida Street, Springfield, Greene County, Missouri 65803, believed to be CHAPMAN's residence. The CI called CHAPMAN once they arrived. CHAPMAN told the CI that he was in Las Vegas and that he would have his brother "go up in my crib and get that for you." A short time later, an unknown male arrived and entered the residence. The male exited the residence with a stocking cap containing approximately 26.6 grams of cocaine and multiple pressed tablets, believed to be MDMA, and sold the substances to the ATF UC and the CI.

7. On October 6, 2025, the ATF UC contacted CHAPMAN via text message and asked if he/she could pick up a "half zone," referring to half an ounce of cocaine. CHAPMAN confirmed. The following day, on October 7, 2025, CHAPMAN contacted the ATF UC via text message, stating, "Ok bet I can make it happen for 13." On October 8, 2025, CHAPMAN contacted the ATF UC via text message and asked if the ATF UC could "pick up today." The ATF UC responded that he/she could pick up the following day (October 9, 2025) and asked CHAPMAN for his address. CHAPMAN responded, "1442 e Florida st."

2

8.      On October 9, 2025, the ATF UC drove to 1442 East Florida Street, Springfield, Greene County, Missouri 65803, and entered the residence. While inside of the residence, the ATF UC observed CHAPMAN go upstairs and return with a plastic baggie containing a white powdery substance which, based upon the ATF UC's training and experience, was consistent with cocaine. The ATF UC then observed CHAPMAN retrieve a pill bottle from a kitchen drawer and place 10 multi-colored round tablets, suspected to be MDMA, into a baggie. CHAPMAN handed the ATF UC the baggies with the suspected cocaine and the suspected MDMA. CHAPMAN told the ATF UC that the tablets were a "gift." The ATF UC paid CHAPMAN $1,100. The suspected cocaine weighed approximately 14.6 grams.

## CONCLUSION

9.      Based on the foregoing, I believe that there is probable cause in support of a criminal complaint against Clearance Pierce CHAPMAN for violations of 21 U.S.C. § 841(a)(1) and (b)(1)(C), that is, distribution of a mixture or substance containing a detectable amount of cocaine.

I swear/affirm that the above information is true and correct to the best of my knowledge and belief.

COLLEEN PEERY
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me via telephone on the 21st day of October, 2025.

HONORABLE WILLIE J. EPPS, JR.
Chief United States Magistrate Judge
Western District of Missouri

3