**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No.    25-cr-03178-MDH-01 |
| Plaintiff, | 21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>NMT 20 Years' Imprisonment |
| v. | NMT $1,000,000 Fine<br>NLT 3 Years' Supervised Release |
| **CLEARANCE PIERCE CHAPMAN**,<br>[DOB: 04-30-1991], | Class C Felony |
| Defendant. | $100 Mandatory Special Assessment |

## <u>INDICTMENT</u>

**THE GRAND JURY CHARGES THAT:**

On or about October 9, 2025, in Greene County, in the Western District of Missouri, the defendant, **CLEARANCE PIERCE CHAPMAN**, knowingly and intentionally distributed any amount of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**A TRUE BILL**

<u>*SIGNATURE ON FILE WITH USAO*</u>
FOREPERSON OF THE GRAND JURY

<u>*/s/Christine I. Schlegl*</u>
**CHRISTINE I. SCHLEGL**
Assistant United States Attorney

DATED: <u>November 18, 2025</u>