SECRET

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 25-CR-03178-MDH-01/03 |
| Plaintiff, | **COUNTS 1, 3, 5, 7**<br>18 U.S.C. § 933(a)(1) and (b)<br>NMT 15 Years' Imprisonment |
| v. | NMT $250,000 Fine<br>NMT 3 Years' Supervised Release |
| **(01) CLEARANCE PIERCE CHAPMAN**,<br>[DOB: 04-30-1991], | Class C Felony |
| **(02) SPENCER DALE MCHENRY,**<br>[DOB: 05-26-1995], | **COUNTS 2, 4, 6, 8, 9, 12**<br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>NMT 20 Years' Imprisonment |
| and | NMT $1,000,000 Fine<br>NLT 3 Years Supervised Release |
| **(03) ERIKA MICHELLE BOOTIER**,<br>[DOB: 06-16-1992], | Class C Felony |
| Defendants. | **COUNTS 10, 11**<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>NMT 15 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| **Defendants/Counts:**<br>**(01) Chapman: 1–9, 12**<br>**(02) McHenry: 8–9**<br>**(03) Bootier: 10–11** | $100 Mandatory Special Assessment (Each Count of Conviction) |

## S U P E R S E D I N G   I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

### COUNT 1
(*Trafficking Firearms*)
18 U.S.C. § 933(a)(1) and (b)

On or about March 18, 2025, in Greene County, in the Western District of Missouri, the

defendant, **CLEARANCE PIERCE CHAPMAN**, did ship, transport, transfer, cause to be

transported, or otherwise dispose of firearms, to wit: (1) a Cobra Ent pistol, bearing serial number CT090456; and (2) a Hopkins and Allen revolver, bearing serial number 3173, to another person in or otherwise affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, all in violation of Title 18, United States Code, Section 933(a)(1) and (b).

## COUNT 2
(*Distribution of Cocaine*)
21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about March 18, 2025, in Greene County, in the Western District of Missouri, the defendant, **CLEARANCE PIERCE CHAPMAN**, knowingly and intentionally distributed any amount of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 3
(*Trafficking Firearms*)
18 U.S.C. § 933(a)(1) and (b)

On or about March 24, 2025, in Greene County, in the Western District of Missouri, the defendant, **CLEARANCE PIERCE CHAPMAN**, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Raven Arms pistol, bearing serial number 1414502, to another person in or otherwise affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, all in violation of Title 18, United States Code, Section 933(a)(1) and (b).

## COUNT 4
(*Distribution of Cocaine*)
21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about March 24, 2025, in Greene County, in the Western District of Missouri, the defendant, **CLEARANCE PIERCE CHAPMAN**, knowingly and intentionally distributed any amount of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 5
(*Trafficking Firearms*)
18 U.S.C. § 933(a)(1) and (b)

On or about April 9, 2025, in Greene County, in the Western District of Missouri, the defendant, **CLEARANCE PIERCE CHAPMAN**, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Smith & Wesson pistol, bearing serial number FXL8298, to another person in or otherwise affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, all in violation of Title 18, United States Code, Section 933(a)(1) and (b).

## COUNT 6
(*Distribution of Cocaine*)
21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about April 9, 2025, in Greene County, in the Western District of Missouri, the defendant, **CLEARANCE PIERCE CHAPMAN**, knowingly and intentionally distributed any amount of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**COUNT 7**
(*Trafficking Firearms*)
18 U.S.C. § 933(a)(1) and (b); 18 U.S.C. § 2

On or about May 1, 2025, in Greene County, in the Western District of Missouri, the defendants, **CLEARANCE PIERCE CHAPMAN**, aiding and abetting others, and aided and abetted by others, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Salus Arms rifle, bearing serial number SA00054, to another person in or otherwise affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, all in violation of Title 18, United States Code, Section 933(a)(1) and (b).

**COUNT 8**
(*Distribution of Cocaine*)
21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2

On or about May 1, 2025, in Greene County, in the Western District of Missouri, the defendants, **CLEARANCE PIERCE CHAPMAN** and **SPENCER DALE MCHENRY**, aiding and abetting one another, knowingly and intentionally distributed any amount of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

**COUNT 9**
(*Distribution of Methamphetamine*)
21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2

On or about May 1, 2025, in Greene County, in the Western District of Missouri, the defendants, **CLEARANCE PIERCE CHAPMAN** and **SPENCER DALE MCHENRY**, aiding and abetting one another, knowingly and intentionally distributed any amount of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled

4

substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 10
(*Felon in Possession of Firearm*)
18 U.S.C. §§ 922(g)(1) and 924(a)(8)

On or about May 1, 2025, in Greene County, in the Western District of Missouri, the defendant, **ERIKA MICHELLE BOOTIER**, knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Salus Arms rifle, bearing serial number SA00054, which had been transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 11
(*Felon in Possession of Firearm*)
18 U.S.C. §§ 922(g)(1) and 924(a)(8)

On or about May 19, 2025, in Greene County, in the Western District of Missouri, the defendant, **ERIKA MICHELLE BOOTIER**, knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: (1) a Radical Firearms pistol, bearing serial number 21-107850; and (2) a Canik55 pistol, bearing serial number 21BC25836, which had been transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 12
(*Distribution of Cocaine and Methamphetamine*)
21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about October 9, 2025, in Greene County, in the Western District of Missouri, the defendant, **CLEARANCE PIERCE CHAPMAN**, knowingly and intentionally distributed any amount of a mixture or substance containing a detectable amount of cocaine, a Schedule II

5

controlled substance, and any amount of a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code,

Section 841(a)(1) and (b)(1)(C).

**A TRUE BILL**

*SIGNATURE ON FILE WITH USAO*
**FOREPERSON OF THE GRAND JURY**

*Christine I. Schlegl*
**CHRISTINE I. SCHLEGL**
Assistant United States Attorney

DATED: January 27, 2026
Springfield, Missouri

6